UNITED STATES of America, Plaintiff–Appellee

v.

Francisco CAVAZOS–SALAZAR, Defendant–Appellant.

No. 12–41060
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Having appealed his conviction and sentence for illegal reentry following deportation, Francisco Cavazos–Salazar now moves this court for summary disposition. He correctly concedes that the argument he raises is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir.2012), *petition for cert. filed,* (Mar. 27, 2013) (No. 12–9483), which held that a federal conviction for conspiracy to commit a federal drug trafficking offense will support a sentence enhancement under Unit-

---

ed States Sentencing Guidelines § 2L1.2(b)(1)(A)(i). He raises the issue to preserve it for further review by the Supreme Court. The motion for summary affirmance is GRANTED and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.